STATE OF NEW JERSEY v. JONATHAN GHERTLER.

September 11, 1987.

Petition for certification granted and the matter is remanded to the Appellate Division for a statement of reasons for its modification of defendant's sentence.

Jurisdiction is retained.

STATE OF NEW JERSEY v. DANIEL MARTIN.

September 11, 1987.

Petition for certification granted.

STATE OF NEW JERSEY v. JOSEPH ZABITA.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MARK PALMER.

September 11, 1987.

Petition for certification denied.